```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| CASSANDRA GROGAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JO ANNE B. BARNHART, | : | |
| Commissioner of Social Security | : | NO.  03-3033 |

## O R D E R

**AND NOW**, this 20th day of July, 2005, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart dated June 27, 2005, **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Jacob P. Hart dated June 27, 2005 is **APPROVED** and **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment is **GRANTED IN PART AND DENIED IN PART**;

3. Defendant's Cross-Motion for Summary Judgment is **DENIED;** and

4. The case is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further  proceedings

consistent with the Report and Recommendation of United States Magistrate Judge Jacob P. Hart dated June 27, 2005.

                    BY THE COURT:

                    _____
                    John R. Padova, J.